# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 13, 2013

No.  12-60487

Lyle W. Cayce
Clerk

CLEVE GALE; ALEX GATES, Bankruptcy Trustee,

Plaintiffs-Appellees

v.

TOWN OF COMO, MISSISSIPPI,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:09-CV-00169

Before HIGGINBOTHAM, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

For the reasons articulated in the district court's denial of Defendant-Appellant's motion for judgment as a matter of law, remittitur, or a new trial, we AFFIRM.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.